**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GERALD J. SILVA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:18-cv-1770 (MPS) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) July 19, 2021 |

**<u>AMENDED COMPLAINT</u>**

The Plaintiff, Gerald Silva ("Plaintiff"), hereby respectfully submits this Amended

Complaint against the United States of America.

**<u>Jurisdiction</u>**

1.      This action is brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C.

§ 2671 *et seq*., over which the Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1346(b).

2.      Plaintiff has exhausted all administrative remedy procedures related to the claims

asserted herein.

3.      Venue is proper in the District of Connecticut because the acts or omissions that

form the basis of Plaintiff's claims occurred in Danbury, Connecticut.

**<u>Parties</u>**

4.      Plaintiff is an individual, who was at all times relevant to this Complaint

incarcerated at Federal Correctional Institution ("FCI") Danbury.

5.      The United States of America is the appropriate defendant in a claim under

the FTCA.

**Factual Allegations**

6.      While Plaintiff was incarcerated at FCI Danbury, he was employed as part of the kitchen staff.

7.      At all times relevant to this Complaint, the warden of FCI Danbury was D.K. Williams ("Williams").

8.      Plaintiff alleges that Williams and/or staff acting under her supervision caused Plaintiff and other inmates to receive less than the wages that they were owed.

9.      Plaintiff alleges that Williams and/or other BOP employees did so for the improper purpose of balancing FCI Danbury's budget.

10.     Plaintiff did not have any restitution or other obligations that would warrant the garnishing of his wages, nor were wages withheld due to poor job performance.

11.     As a result of the Warden's actions, Plaintiff lost income.

**Cause of Action: Federal Tort Claims Act**
**Against the United States of America and the Federal Bureau of Prisons.**

12.     Silva reasserts and realleges paragraphs 1-11, as if fully set forth herein.

13.     Under the FTCA, "[t]he United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances …." 28 U.S.C. § 2674

14.     Acting within the scope of her employment as warden of FCI Danbury, Williams negligently and wrongfully interfered with Plaintiff's pay.

15.     Plaintiff's pay was vested under applicable BOP regulations.

16.     As a result of Williams' actions, Plaintiff suffered a compensable loss of property.

17.     For the reasons stated in paragraphs 13-16, Silva satisfies the elements of the FTCA.

**Prayer for Relief**

WHEREFORE, Plaintiff requests the Court award compensatory and pecuniary damages against the United States of America in an amount to be proved at trial.

Dated: July 19, 2021

PLAINTIFF,
GERALD J. SILVA,
BY MOTLEY RICE LLC,
HIS ATTORNEYS

By: */s/ Mathew P. Jasinski*
William H. Narwold (ct00133)
Mathew P. Jasinski (ct27520)
Michael J. Pendell (ct27656)
Jessica C. Colombo (ct30644)
MOTLEY RICE LLC
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com
mpendell@motleyrice.com
jcolombo@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2021, a copy of foregoing Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Mathew P. Jasinski*
Mathew P. Jasinski (ct27520)
MOTLEY RICE LLC
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
mjasinski@motleyrice.com